IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| OWENS & MINOR, INC. and OWENS & MINOR FLEXIBLE BENEFITS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | Civil Action No.: 3:23-cv-00115-REP |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Anthem Health Plans of Virginia, Inc. d/b/a/ Anthem Blue Cross and Blue Shield ("Anthem") hereby moves the Court to dismiss Plaintiff's Complaint.

WHEREFORE, for the reasons stated in Anthem's contemporaneously filed Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint, Anthem respectfully requests that the Court grant this motion and dismiss the Complaint.

Dated:  March 31, 2023

Respectfully submitted,

*/s/ Christopher W. Bascom*

Hugh M. Fain, III (VA Bar No. 26494)
John M. Erbach (VA Bar No. 76695)
Christopher W. Bascom (VA Bar No. 87302)
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Telephone: (804) 697-2040
Fax: (804) 697-2140
hfain@spottsfain.com
jerbach@spottsfain.com
cbascom@spottsfain.com

E. Desmond Hogan (pro hac motion forthcoming)
Briana L. Black (pro hac motion forthcoming)
W. David Maxwell (pro hac motion forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
briana.black@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Defendant*
*Anthem Health Plans of Virginia, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system on March 31, 2023.

*/s/ Christopher W. Bascom*