# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| OWENS & MINOR, INC. and §<br>OWENS & MINOR FLEXIBLE §<br>BENEFITS PLAN §<br>§<br>V. §<br>§<br>ANTHEM HEALTH PLANS OF §<br>VIRGINIA, INC. D/B/A ANTHEM §<br>BLUE CROSS AND BLUE SHIELD § | Case No. 3:23-cv-00115 |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs oppose Defendant's Motion to Dismiss, ECF No. 22, and Memorandum in Support, ECF no. 23 (collectively "Motion"). Plaintiffs contemporaneously file their Memorandum in Opposition to Defendant's Motion, which (i) includes Plaintiffs' objections to certain statements in Defendant's Motion; (ii) details the reasons why Defendant's Motion fails in all respects; and (iii) in the alternative to denying Defendant's Motion, requests leave to amend Plaintiffs' complaint in order to cure any defects.

For the reasons set forth in Plaintiffs' contemporaneously filed Memorandum in Opposition to Defendant's Motion, Plaintiffs respectfully request that the Court deny the Motion or, alternatively, grant leave to amend their complaint so that Plaintiffs can cure any defects.

*[Signature Block on Next Page]*

Dated: April 28, 2023

Respectfully submitted,

**COMMONWEALTH LAW GROUP**

*/s/ Seth Carroll*
Seth Carroll (VA Bar No. 74745)
Matthew Lastrapes (VA Bar No. 84097)
3311 West Broad Street
Richmond, VA 23230
Telephone: (804) 551-9650
Facsimile: (866) 238-6415
scarroll@hurtinva.com
mlastrapes@hurtinva.com

**THE LANIER LAW FIRM, P.C.**

W. Mark Lanier (TX Bar 11934600)
admitted *pro hac vice*
Kent C. Sullivan (TX Bar 19487300)
admitted *pro hac vice*
Benjamin Major (TX Bar 24074639)
admitted p*ro hac vice*
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
WML@lanierlawfirm.com
Kent.Sullivan@lanierlawfirm.com
Ben.Major@lanierlawfirm.com

**PLEVIN AND GALLUCCI CO., LPA**

Frank Gallucci (OH Bar 72680)
admitted *pro hac vice*
55 Public Square, Suite 2222
Cleveland, OH 44113
Telephone: (216) 861-0804
Facsimile: (216) 861-5322
FGallucci@pglawyer.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 28th, 2023, a true and correct copy of the foregoing document has been served on all counsel of record via this Court's CM/ECF filing system.

*/s/ Seth Carroll*
Seth Carroll