IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

OWENS & MINOR, INC.,
et al.,

    Plaintiffs,

v.                      Civil Action No. 3:23cv115

ANTHEM HEALTH PLANS OF
VIRGINIA, INC., d/b/a
ANTHEM BLUE CROSS
BLUE SHIELD,

    Defendant.

### ORDER

On August 10, 2023, the parties filed a JOINT STIPULATION OF DISMISSAL (ECF No. 70). Accordingly, it is hereby ORDERED that the DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF No. 22) is denied as moot.

It is so ORDERED.

                               /s/      REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: August 11, 2023